THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>RICHARD REID,<br><br>                Defendant. | CASE NO. CR19-0228-JCC<br><br>ORDER |

       This matter comes before the Court on Defendant Richard Reid's unopposed motion to continue the trial date and the pretrial motions deadline (Dkt. No. 106). Trial is currently scheduled for January 24, 2022. (Dkt. No. 82.) Having thoroughly considered the motion and relevant record, the Court hereby GRANTS the motion for the reasons explained below.

       Defendant argues that proceeding with trial on January 24, 2022 will likely result in injustice because counsel needs more time to complete necessary trial preparation and to review and investigate additional discovery provided by the Government on December 9, 2021. (Dkt. No. 106 at 1–2.). The Court understands that the Government does not oppose this motion and Mr. Reid has filed a speedy trial waiver through March 21, 2022. (Dkt. No. 108.)

       Having thoroughly considered the motion, the relevant record, the Court hereby FINDS:

       1.     Taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny defense counsel the reasonable time necessary for effective preparation

due to counsel's need for more time to review recently received discovery, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

    2.    The additional time requested is a reasonable period of delay, as Defendant has requested more time to prepare for trial, to investigate this matter, and to review discovery.

For the foregoing reasons, the Court GRANTS the motion to continue the trial date and pretrial deadlines (Dkt. No. 106) and ORDERS:

1. The January 24, 2022 trial date is CONTINUED to March 21, 2022.
2. The December 6, 2021 pretrial motions deadline is CONTINUED to February 18, 2022.
3. The time period between the date of this order until and the new trial date is an excludable time period under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).

DATED this 22nd day of December 2021.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE