UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD W. REID, <br><br> Defendant. | No. CR19-228-JCC <br><br> **ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the government's oral motion ("Motion") for entry of an order forfeiting, to the United States, the Defendant Richard W. Reid's interest in a sum of money, in the amount of $114,600 representing the proceeds he obtained from his commission of Conspiracy to Solicit and Receive Kickbacks Involving Health Care Programs and to Offer and Pay Kickbacks, in violation of 18 U.S.C § 371 (and 42 U.S.C. §§ 1320a-7b(b)(1)(B) & 1320a-7b(b)(2)(B)).

The Court, having heard the evidence presented at trial, and after considering the government's Motion, hereby FINDS entry of an Order of Forfeiture is appropriate because:

- The Defendant has now been convicted of Conspiracy to Solicit and Receive Kickbacks Involving Health Care Programs and to Offer and Pay Kickbacks, in

Order of Forfeiture - 1
*United States v. Richard W. Reid,* CR19-228-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

violation of 18 U.S.C § 371 (and 42 U.S.C. §§ 1320a-7b(b)(1)(B) & 1320a-7b(b)(2)(B));

- The proceeds of Conspiracy to Solicit and Receive Kickbacks Involving Health Care Programs and to Offer and Pay Kickbacks are forfeitable pursuant to pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c);
- The evidence presented at trial established the Defendant personally obtained at least $114,600 in proceeds from that offense; and,
- This sum of money is personal to the Defendant; pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(1), no third-party ancillary process is required before forfeiting it.

NOW, THEREFORE, THE COURT ORDERS:

1) The forfeiture of a sum of money in the amount of $114,600 representing the proceeds the Defendant obtained from his commission of Conspiracy to Solicit and Receive Kickbacks Involving Health Care Programs and to Offer and Pay Kickbacks. The United States agrees it will request the Attorney General apply any amounts it collects toward satisfaction of this forfeited sum to the restitution that is ordered in this case. The United States has also agreed that any amount the Defendant pays toward restitution will be credited against this forfeited sum.

2) Pursuant to 18 U.S.C. § 982(a)(1)(C), by way of 28 U.S.C. § 2461(c), the Defendant's interest in the above-identified sum of money is fully and finally forfeited, in its entirety, to the United States;

3) Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) – (B), this Order will become final as to the Defendant at the time he is sentenced; it will be made part of the sentence; and, it will be included in the judgment;

4) No right, title, or interest in this sum of money exists in any party other than the United States;

Order of Forfeiture - 2
United States v. Richard W. Reid, CR19-228-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  5) Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this sum of money, in whole or in part, the United States may move to amend this Order, at any time, to include substitute property having a value not to exceed this sum of money; and,

6) The Court will retain jurisdiction in this case for the purpose of enforcing this Order, as necessary.

IT IS SO ORDERED.

DATED this __29th__ day of March, 2022.

THE HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

BRIAN WERNER
MICHAEL DION
MICHELLE JENSEN
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-7970

Order of Forfeiture - 3
United States v. Richard W. Reid, CR19-228-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970